UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Randall J. Benoit and Jul L. Benoit

Chapter 7 Case No.   08-46686

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US BANK NA<br>Bankruptcy Dept.<br>P.O. Box 5229<br>Cincinnati, OH  45201-5229 | 3 | $ 21.00 | $ 1.52 |

Date:  2/04/2010

J. Richard Stermer,   Trustee

RECEIVED 10 FEB -5 AM 9:31 U.S. BANKRUPTCY COURT MINNEAPOLIS MN